# EXHIBIT A

# CIV-200529-CIV-DS2011377-CASEEN-113502



## Scanned Document Coversheet

| | |
|---|---|
| System Code: | CIV |
| Case Number: | DS2011377 |
| Case Type: | CIV |
| Action Code: | CASEEN |
| Action Date: | 05/29/20 |
| Action Time: | 11:35 |
| Action Seq: | 0002 |
| Printed by: | MPERE |

THIS COVERSHEET IS FOR COURT PURPOSES ONLY, AND THIS IS NOT A PART OF THE OFFICIAL RECORD. YOU WILL NOT BE CHARGED FOR THIS PAGE

## Complaint and Party information entered



NEW FILE

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert Russo State Bar # 101922<br>9100 Wilshire Blvd., Suite 505 East<br>Beverly Hills, CA 90212<br>TELEPHONE NO: 310-278-7701   FAX NO. (Optional): 310-278-0101<br>E-MAIL ADDRESS (Optional): robertrussolaw@sbcglobal.net<br>ATTORNEY FOR (Name): Plaintiff, Paul Adler | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>MAY 29 2020<br>BY _____<br>MELISSA PEREZ, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 14455 Civic Drive.
MAILING ADDRESS:
CITY AND ZIP CODE: Victorville 92392
BRANCH NAME: San Bernardino/ Victorville District

**PLAINTIFF:** Paul Adler

**DEFENDANT:** Church and Dwight Co., Inc.

[x] DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [x] OTHER (specify):
  [x] Property Damage   [ ] Wrongful Death
  [x] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: CIV DS 2011377

1. Plaintiff (name or names): Paul Adler
   alleges causes of action against defendant (name or names): Church and Dwight Co., Inc. and DOES 1 TO 25 inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

| | PLD-PI-001 |
|---|---|
| SHORT TITLE: Paul Adler vs. Church and Dwight Co., Inc. | CASE NUMBER: CIV DS 2011377 |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] except defendant (name): DOES 1 TO 25    c. ☐ except defendant (name):

   (1) [X] a business organization, form unknown        (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                                (5) ☐ other (specify):


   b. ☐ except defendant (name):                         d. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown           (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                                (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants (specify Doe numbers): 1 TO 25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants (specify Doe numbers): 1 TO 25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| | PLD-PI-001 |
|---|---|
| SHORT TITLE: Paul Adler vs. Church and Dwight Co., Inc. | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other (*specify*):

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage (*specify*): LOST VACATION PAY, 401k LOSS, LOST EARNINGS.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is (*In cases for personal injury or wrongful death, you must check (1)*):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):

Date: 3/12/2020

ROBERT J. RUSSO, ESQ.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: Paul Adler vs. Church and Dwight Co., Inc. | CASE NUMBER: |
|---|---|

**FIRST** _____ **CAUSE OF ACTION—Premises Liability**    Page 4
  (number)

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* PAUL ADLER
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 4/24/18                plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
Plaintiff was delivering chemicals to Arm and Hammer, In Victorville, stepped out of his truck and tripped on a dangerous metal pipe on the ground seriously injuring himself. Defendants breached a special rule of duty as land owners and occupiers to make sure the premises are maintained in a safe condition. The pipe on the ground was placed and/or affixed in an extremely dangerous spot where cars and trucks park.

**Prem.L-2.** [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* Church and Dwight Co., Inc.

   [X] Does 1 to 25

**Prem.L-3.** [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

   [ ] Does ____ to ____
   Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

   [ ] Does ____ to ____
   a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

   [X] Does 1 to 25
   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
      [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Legal Solutions Plus

Code of Civil Procedure, § 425.12